OPINION OF THE COURT
 

 Order affirmed, without costs. We agree with the Appellate Division that the defect of late filing is not curable for the reasons assigned.
 

 Concur: Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler and Meyer. Judge Fuchsberg dissents and votes to reverse in the following memorandum: The drastic result in this case is the consequence of the harsh rule this court enunciated in such cases as
 
 Matter of Rutter v Coveney
 
 (38 NY2d 993) and
 
 Matter of Higby v Mahoney
 
 (48 NY2d 15). Reiterating the views I expressed in those cases, I would find an exception for the extraordinary circumstances which confront us now and reverse.